**No. 54819.**—George Borgfeldt Corp. *v.* United States, protests 152151–K and 156536–K (New York).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54820.**—Zausner Foods, Inc. *v.* United States, protest 154614–K (New York).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

NOVEMBER 1, 1950

**No. 54821.**—The J. D. Richardson Company *v.* United States, protest 140784–K.—Motion of Government for rehearing denied.

BEFORE THE FIRST DIVISION, NOVEMBER 6, 1950

**No. 54822.**—Star Importing Co. *v.* United States, protests 141406–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54823.**—Arrow Mfg. Co. et al. *v.* United States, protests 121402–K, etc. (New York).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.